UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALDO MEZA-GUZMAN,

                Petitioner,

     v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No.  2:26-cv-01361

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT

## I.    ORDER

This matter comes before the Court on its own review of the record. Petitioner seeks a writ of habeas corpus ordering his release from the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") or a bond hearing. Dkt. 3. But Petitioner's current custodian, the warden of NWIPC, is not named as a respondent. Although the warden's name appears on the docket sheet and Respondents do not raise this as an issue in their response, *see* Dkt. 7, the warden's name does not appear on the petition as a respondent. Dkt. 3. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 1

Consequently, the Court cannot take action on Petitioner's claims until he includes the warden as a respondent. The Court therefore ORDERS:

1.      If he wishes for this case to proceed, no later than June 15, 2026, Petitioner must file an amended petition that adds the warden as one of the respondents. If Petitioner is unaware of the warden's name, he may simply add "Warden, Northwest Immigration and Customs Enforcement Processing Center" as a respondent.

2.      If Petitioner does not amend his petition by June 15, 2026, the Court will dismiss his petition without prejudice, meaning he could refile it against the correct respondent at a later date.

3.      If Petitioner files an amended habeas petition, Respondents may file a return to the amended petition no later than June 22, 2026. Respondents may also choose to rely on their original return.

The Court will not take any further action on the habeas petition until either a response to this Order is filed or an amended petition is filed naming the proper respondent(s).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to the Petitioner at his last known address.

Dated this 1st day of June, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 2